UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

CHRISTIANO R CAAL RAX

CIVIL DOCKET NO. 1:26-CV-1468

VERSUS

JUDGE DAVID C. JOSEPH

BLANCHE ET AL

MAGISTRATE JUDGE KAYLA D. MCCLUSKY

## ORDER

Considering Petitioner Christiano R Caal Rax's NOTICE OF VOLUNTARY DISMISSAL (the "Motion") [DOC 8];

IT IS HEREBY ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that the PETITION FOR WRIT OF HABEAS CORPUS [Doc. 1] filed by Petitioner Christiano R Caal Rax is hereby DISMISSED WITHOUT PREJUDICE.

THUS, DONE AND SIGNED in chambers on this 15th day of May 2026.

DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE